**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Nunez-Gomez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ1420 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| **JULIO CESAR NUNEZ-GOMEZ,** ) | |
| Defendant. ) | |

    Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

    Respectfully submitted,

Dated: May 8, 2008

/s/ *Candis Mitchell*
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Nunez-Gomez
Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 8, 2008                                         */s/ Candis Mitchell*
                                                                             **CANDIS L. MITCHELL**
                                                                             Federal Defenders of San Diego, Inc.
                                                                             225 Broadway, Suite 900
                                                                             San Diego, CA  92101-5030
                                                                             (619) 234-8467  (tel)
                                                                             (619) 687-2666  (fax)
                                                                             Candis_Mitchell@fd.org